IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02788-PAB-MEH

ALEXANDER HILLMAN,

    Plaintiff,

v.

CITY OF WHEAT RIDGE,
BRIAN WILKINSON, and
DAVID PIERMATTEI,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2015**.

    Defendant's Unopposed Motion for Entry of Stipulation and Protective Order [filed March 5, 2015; docket #47] is **granted** as modified. The Court will not retain jurisdiction in a case once the case is closed; accordingly, the Court has modified paragraph 15 of the proposed order. As modified, the parties' Stipulation and Protective Order is accepted and filed contemporaneously with this minute order.