IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02788-PAB-MEH

ALEXANDER HILLMAN,

    Plaintiff,

v.

CITY OF WHEAT RIDGE,
BRIAN WILKINSON,
DAVID PIERMATTEI, and
DANIEL BRENNAN,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Stipulated Motion to Dismiss City of Wheat Ridge With Prejudice [Docket No. 53]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss City of Wheat Ridge With Prejudice [Docket No. 53] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant City of Wheat Ridge are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 28, 2015.

                                                  BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge